1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHADERICK A. INGRAM,

11              Plaintiff,                    No.  2:12-cv-1089 JAM CKD PS

12        vs.

13   CITY OF SACRAMENTO, et al.,              ORDER

14              Defendants.

15   _____/

16        This action was removed to this court on April 25, 2012.  (Dkt. No. 1.)  Plaintiff is

17   proceeding pro se in this action, which was referred to this court by E.D. Cal. L.R. 302(c)(21).

18        On April 27, 2012, the undersigned issued findings and recommendations

19   recommending that this action be dismissed as duplicative of another action filed in this court,

20   Ingram v. City of Sacramento, CIV S-12-0864 KJM GGH.  The undersigned also vacated the

21   scheduled status/scheduling conference and stayed the action pending the district judge's review

22   of the findings and recommendations, which await final resolution by the district judge.

23        Subsequently, plaintiff filed motions to appoint him a guardian ad litem and

24   counsel.  (Dkt. Nos. 11, 14.)  Given the court's conclusion that this action is duplicative of the

25   previously-filed action, and that this action is currently stayed, these motions will be denied

26   without prejudice.  Nothing precludes plaintiff from filing these motions in the previously-filed

action of <u>Ingram v. City of Sacramento</u>, CIV S-12-0864 KJM GGH.  In the event that the district

judge does not adopt the undersigned's findings and recommendations that this action be

dismissed as duplicative, plaintiff will be allowed to re-file any motion(s) to appoint a guardian

ad litem and/or counsel.

      Accordingly IT IS HEREBY ORDERED that:

      1.  Plaintiff's motion to appoint a guardian ad litem (dkt. no. 11) is DENIED

WITHOUT PREJUDICE.

      2.  Plaintiff's motion to appoint counsel (dkt. no. 14) is DENIED WITHOUT

PREJUDICE and the July 25, 2012 hearing on this motion is VACATED.

      3.  This action remains STAYED pending the district judge's review of the

findings and recommendations issued on April 27, 2012.

Dated: June 11, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CKD/5
ingram.1089.vac.wpd

2