IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK A. INGRAM

    Plaintiff,                   No. CIV S-12-864 KJM GGH PS

    vs.

CITY OF SACRAMENTO, et al.,

    Defendants.

_____/

CHADERICK A. INGRAM

    Plaintiff,                   No. CIV S-12-927 MCE CKD PS

    vs.

CITY OF SACRAMENTO, et al.,

    Defendants.

_____/

CHADERICK A. INGRAM

    Plaintiff,                   No. CIV S-12-1089 JAM CKD PS

    vs.

CITY OF SACRAMENTO, et al.,

    Defendants.

_____/

| | | |
|---|---|---|
| 1 | CHADERICK A. INGRAM | |
| 2 | Plaintiff, | No. CIV S-12-1233 JAM KJN PS |
| 3 | vs. | |
| 4 | CITY OF SACRAMENTO, et al., | |
| 5 | Defendants. | |
| 6 | _____/ | |
| 7 | CHADERICK A. INGRAM | |
| 8 | Plaintiff, | No. CIV S-12-1284 JAM DAD PS |
| 9 | vs. | |
| 10 | CITY OF SACRAMENTO, et al., | <u>NON-RELATED CASE ORDER</u> |
| 11 | Defendants. | |
| 12 | _____/ | |

The court has received the Notice of Related Cases concerning the above-captioned cases, filed June 6, 2012.  <u>See</u> E.D. Local Rule 123.  The court has, however, determined that it is inappropriate to relate and reassign Civil No. S-12-927 MCE CKD PS, 12-1089 JAM CKD, 12-1233 JAM KJN GGH PS, and 12-1284 JAM DAD GGH PS, to Civil No. S-12-864 KJM GGH PS.  The cases involve numerous and different defendants, albeit some of the same defendants appear regularly.  More importantly, most of the cases are in stages where dismissal has been recommended, and a final order of adoption is awaiting signature from the district judge.  Therefore, the court declines to relate the cases.

IT IS SO ORDERED.

DATED: June 13, 2012

    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Ingram864.rel.wpd